*Henry Walker,* for plaintiff in error.  *Denny & Wright,* contra.

---

Beale *v.* Georgia Railway and Power Company.

Gilbert, J.    Upon careful consideration of this case, and in view of the construction placed upon § 4424 of the Civil Code (1910) by this court (*Mott* v. *Central R.,* 70 *Ga.* 680, 48 Am. R. 595; *Ocleman* v. *Hyer,* 113 *Ga.* 420, 38 S. E. 962; *Western & Atlantic R. Co.* v. *Harris,* 128 *Ga.* 394, 57 S. E. 722), we are of the opinion that the Court of Appeals properly held as follows: "A married daughter, living with and supported by her husband, cannot sue for the homicide of her father, although it appears that she is the only minor child, and that the wife of the father had predeceased him."

*Judgment affirmed. All the Justices concur.*

No. 2080.  December 18, 1920.

Certiorari; from Court of Appeals.  25 *Ga. App.* 364.

Majorie A. Beale, a minor, through her husband as next friend, sued for damages because of the negligent homicide of her father,

alleging that the deceased was a widower at the time of his death and that she was his only minor child. One ground of demurrer to the petition was that it showed the plaintiff to be a married woman, and that therefore she was not entitled to maintain the action. The demurrer was overruled by the trial court. On review the Court of Appeals reversed this judgment. The case is here on certiorari.

*Little, Powell, Smith & Goldstein,* for plaintiff.

*Colquitt & Conyers,* for defendant.